```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 07 B 21643
    LAUREN F MCDONALD GORDON
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
        Debtor
    SSN XXX-XX-8841


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 11/16/2007 and was not confirmed.

     The case was converted to chapter 7 without confirmation 01/25/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
FIRST BANK & TRUST OF EV  UNSECURED         13055.38           .00            .00
WELLS FARGO FINANCIAL IL  UNSECURED           505.78           .00            .00
WELLS FARGO FINANCIAL IL  UNSECURED           572.74           .00            .00
WELLS FARGO FINANCIAL IL  UNSECURED           433.63           .00            .00
BANK OF AMERICA MORTGAGE  CURRENT MORTG         .00            .00            .00
BANK OF AMERICA MORTGAGE  MORTGAGE ARRE   19000.00             .00            .00
LEXUS FINANCIAL           SECURED NOT I       .00              .00            .00
CITIBANK                  UNSECURED        NOT FILED           .00            .00
LVNV FUNDING              UNSECURED          6566.31           .00            .00
RESURGENT CAPITAL SERVIC  UNSECURED         12354.69           .00            .00
DILLARDS                  UNSECURED        NOT FILED           .00            .00
AMERICAN EXPRESS          UNSECURED        NOT FILED           .00            .00
GE MONEY BANK             UNSECURED        NOT FILED           .00            .00
ADVOCATE HEALTH CARE      UNSECURED        NOT FILED           .00            .00
BANK OF AMERICA           UNSECURED        NOT FILED           .00            .00
ROGERS & HOLLAND          UNSECURED        NOT FILED           .00            .00
BANK OF AMERICA           NOTICE ONLY      NOT FILED           .00            .00
CAPITAL ONE               UNSECURED          1050.17           .00            .00
CAPITAL ONE               UNSECURED           675.17           .00            .00
TOYOTA MOTOR CREDIT       UNSECURED         16914.92           .00            .00
SELECT LEGAL PC           DEBTOR ATTY          .00                            .00
TOM VAUGHN                TRUSTEE                                             .00
DEBTOR REFUND             REFUND                                              .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                             .00

                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 21643 LAUREN F MCDONALD GORDON
```

```
DEBTOR REFUND                                                          .00
                                        ---------------    ---------------
TOTALS                                              .00                .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
     Dated: 04/23/08                    _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE